1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | *James Alan Bell vs. G.D. Searle LLC, et al.* (05-4450 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | *James Rogers Fanning vs. G.D. Searle LLC, et al.* (05-4453 CRB) | |
| 19 | *John J. Driscoll vs. Pfizer Inc, et al.* (05-4584 CRB) | |
| 20 | *Barbara Clem vs. G.D. Searle LLC, et al.* (05-4736 CRB) | |
| 22 | *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.* (05-5360 CRB) | |
| 23 | *Johnny Edwards vs. Pfizer Inc, et al.* (06-1914 CRB) | |
| 25 | *William Crowley vs. Pfizer Inc* (06-2668 CRB) | |
| 26 | *Connie B. Anderson vs. Pfizer Inc, et al.* (06-2784 CRB) | |
| 28 | *Tracy Baral vs. Pfizer Inc, et al.* (06-2912 CRB) | |

-1-

1. 

2. *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
   (06-2940 CRB)

3. *Michael Castle, et al. vs. Pfizer Inc, et al.*
   (06-3061 CRB)

4. 

5. *Henry Anderson vs. Pfizer Inc, et al.*
   (06-3418 CRB)

6. *Carolyn Chasteen vs. Pfizer Inc, et al.*
   (06-3433 CRB)

7. 

8. *James Craig vs. Pfizer Inc, et al.*
   (06-3554 CRB)

9. *Connie Akridge vs. Pfizer Inc, et al.*
   (06-3555 CRB)

10. 

11. *Faye Cochran vs. G.D. Searle LLC, et al.*
    (06-3654 CRB)

12. *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
    (06-3657 CRB)

13. 

14. *David Dobbins vs. Pfizer Inc, et al.*
    (06-3950 CRB)

15. *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
    (06-4012 CRB)

16. 

17. *Jerry Goodman vs. Pfizer Inc, et al.*
    (06-4013 CRB)

18. *Gene N. Gordon vs. G.D. Searle LLC, et al.*
    (06-4294 CRB)

19. 

20. *Alyce B. Elliott vs. Pfizer Inc, et al.*
    (06-4419 CRB)

21. *Roger D. Conner vs. G.D. Searle LLC, et al.*
    (06-4483 CRB)

22. 

23. *Elaine Givens vs. Pfizer Inc, et al.*
    (06-4608 CRB)

24. *Shelia Adams, et al. vs. Pfizer Inc, et al.*
    (06-5040 CRB)

25. 

26. *Veronica Grice, et al. vs. Pfizer Inc, et al.*
    (06-5385 CRB)

27. *Jeffery L. Davis vs. Pfizer Inc, et al.*
    (06-7009 CRB)

28. 

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

2

3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

5

6 | *Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

8

9 | *Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

11

12 | *Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

13 | *George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

14

15 | *Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

17

18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

20

21 | *Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

22 | *Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

23

24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

25 | *Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

26

27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

28 | *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1   (07-3643 CRB)

2   *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)
3
    *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4   (07-3955 CRB)

5   *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)
6
    *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7   (07-4983 CRB)

8   *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)
9
    *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10  (07-5590 CRB)

11  *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)
12
    *Peter Fos vs. Pfizer Inc, et al.*
13  (07-5685 CRB)

14  *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)
15
    *Vivian Cobb vs. Pfizer Inc, et al.*
16  (08-0257 CRB)

17  *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)
18
    *Harriet Bratcher vs. Pfizer Inc, et al.*
19  (08-0795 CRB)

20  *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)
21
    *Ramond Beaver vs. Pfizer Inc, et al.*
22  (08-1015 CRB)

23  *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)
24
    *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25  (08-1224 CRB)

26  *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)
27
    *Tim Gray vs. Pfizer Inc, et al.*
28  (08-1434 CRB)

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  *Owen L. May, et al. vs. Pfizer Inc, et al.*
2  (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
   *Lawanda Bell vs. Pfizer Inc, et al.*
11 (08-3708 CRB)

12     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
13 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
14 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
15 each side bearing its own attorneys' fees and costs.

22  DATED: 10/29/2009   By: /s/ Navan Ward J.

24  BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    218 Commerce Street
25  P.O. Box 4160
    Montgomery, Alabama 36103
26  Telephone: 334-269-2343
    Facsimile: 334-954-7555
27
    *Attorneys for Plaintiffs*
28

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| DATED: Oct. 29, 2009 | By: /s/ _____ |

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-